UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| YOLANDE DENISE TRUVILLION | : | CASE NO.  A07-63809-CRM |
| | : | |
| DEBTOR(S) | : | JUDGE MULLINS |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW NANCY J. WHALEY, STANDING CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the amount of $407.28 on behalf of YOLANDE DENISE TRUVILLION, Debtor.  These funds are being remitted to the Registry because the Debtor has not claimed the funds.

## CERTIFICATE OF SERVICE

This is to certify that I have this 7th day of February, 2011 served the Notice of Deposit of Unclaimed Funds by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon:

THE KOSHNOOD LAW FIRM
3070 WINDWARD PLAZA STE. F-292
ALPHARETTA, GA 30005


__/s/_____
NANCY J. WHALEY
Chapter 13 Trustee
GA Bar Number 377941
Standing Chapter 13 Trustee
303 Peachtree Center Ave., NE, Suite 120
Atlanta, GA  30303
(678) 992-1201